IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
FEB 2 8 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1: 13CR00017SNLJ |
| | ) Title 18, United States Code |
| LARRY L. CARTER and | ) Section 2 |
| FREDERICK E. PAYNE, | ) Title 21 United States Code |
| | ) Section 841(a)(1) |
| Defendants. | ) |

## INDICTMENT

### COUNT I

THE GRAND JURY CHARGES THAT:

On or about the 30th day of December, 2011, in Pemiscot County, within the Eastern District of Missouri, the defendants,

**LARRY L. CARTER and**
**FREDERICK E. PAYNE,**

each aided and abetted by the other, did knowingly and intentionally distribute a mixture or substance which contained cocaine base, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2, and punishable under Title 21, United States Code, Section 841(b)(1)(C).

### COUNT II

THE GRAND JURY FURTHER CHARGES THAT:

On or about the 23rd day of February 2012, in Pemiscot County, within the Eastern District of Missouri, the defendant,

**FREDERICK E. PAYNE,**

did knowingly and intentionally distribute a mixture or substance which contained cocaine base, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.


_____
FOREPERSON

RICHARD G. CALLAHAN
UNITED STATES ATTORNEY

*/s/ Keith D. Sorrell*
KEITH D. SORRELL, #23288MO
ASSISTANT UNITED STATES ATTORNEY