**Courtroom Minute Sheet**
**ARRAIGNMENT/PLEA/CHANGE OF PLEA**
**WAIVER OF INDICTMENT/PLEA PROCEEDINGS**

FILED
NOV 12 2013
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

Date __11/12/13__ Case No. __1:13CR17 SNLJ__
UNITED STATES OF AMERICA vs. __Larry L. Carter__
Judge __S. N. Limbaugh, Jr.__ Court Reporter __A. Garagnani__
Deputy Clerk __C. Gould__ Interpreter _____
Assistant United States Attorney(s) __Keith D. Sorrell__
Attorney(s) for Defendant __Jacob Andrew Zimmerman__

*Arraignment/Waiver of Indictment/ Plea :*
Defendant's age __36__ Education __GED, some college__
☐ Defendant waives assistance of counsel  ☐ Waiver filed
☐ Arraignment continued until_____ at_____ a.m./p.m.
☐ Defendant signs waiver of indictment and consents to proceed by information
☐ Criminal ☐ superseding ☐ information ☐ indictment filed
☐ Defendant waives reading of indictment/information ☐ Defendant arraigned
☐ Defendant enters a plea of ☐ GUILTY ☐ NOT GUILTY to counts_____ of the ☐ superseding ☐ indictment ☐ information ☐ Pretrial Motions Order ☐ issued ☐ to issue

*Change of Plea:*
☒ The Court finds the defendant competent to enter a plea of guilty.
☒ By leave of Court, the defendant withdraws former plea of not guilty and enters
   a plea of guilty to count(s) __1__ of the ☐ superseding ☒ indictment ☐ information
☒ Stipulation of facts relative to sentencing filed ☒ with ☒ without plea agreement
☒ The Court adopts and approves ☒ Stipulation of Facts ☒ Plea Agreement
☐ The Court defers the adoption of ☐ Stipulation of Facts ☐ Plea Agreement
   until the date of sentencing  ☐ **Stipulation/plea agreement filed under seal**
☐ Ordered that count(s)_____ be held in abeyance until sentencing
☐ Ordered that pending motions as to defendant_____ are denied as moot
☒ Sentencing set __2/10/14__ at __3:00__ a.m./**p.m.**
☒ Presentence Report ordered prepared by U.S. Probation Office.
☒ OBJECTIONS TO OR ACCEPTANCE OF PSR DUE __1/21/14__
☒ Defendant is remanded to custody  ☐ Defendant is released on existing bond
**(If defendant was on bond and is remanded, change location code to "LC.")**

Probation Officer __Sherry Persinger__

Proceedings commenced __3:05__ a.m./**p.m.**  concluded at __3:20__ a.m./**p.m.**